UNITED STATES DISTRICT COURT
FILED
APR 20 2011
MICHAEL J. ROEMER, CLERK
WESTERN DISTRICT OF NY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ALEX KOSCHTSCHUK, *et al.*,

Defendants.

09-CR-96-S

**ORDER FOR THE PAYMENT OF KENNETH JENSEN JR'S TRAVEL EXPENSES**

**ON THE APPLICATION OF ALL CJA-APPOINTED COUNSEL**, and subject to a later order of this Court requiring all retained counsel to contribute prorata to the costs of bringing out-of-town witnesses to Buffalo to testify in the hearings presently scheduled for April 25, 27 and 29, 2011, the court finds pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure that the presence of FBI Special Agent Kenneth Jensen, Jr., is necessary for the presentation of and adequate defense, and on that basis, it is and is hereby:

**ORDERED** that the arrangements for the witness's travel shall be made by counsel for the defendants directly with the United States Marshals Service after consultation with the United States Attorney's Office and the Federal Bureau of Investigation (including, if necessary, with Special Agent Jensen directly), and it is further

**ORDERED** that the United States Marshals Service shall make all the necessary travel arrangements for FBI Special Agent Kenneth Jensen, Jr., to bring Special Agent Jensen to Buffalo in time for him to appear before this Court on Wednesday, April 27,2011, and Friday, April 29, 2011 at 1:30 pm on both days, and on such other days as his attendance may be necessary, and it is further

**ORDERED** that, upon completion of Special Agent Jensen's testimony and his return home, the Marshals Service shall supply the Court and the United States Attorney's Office with an accounting of the witness's travel expenses and expenses incurred by that office pursuant to its execution of this Order for ultimate submission to this Court for the formulation of an Order requiring defendants with retained counsel to pay their prorata share of said expenses, and it is further

**ORDERED** that, because Special Agent Jensen is a federal employee, the Marshals Service shall not pay him any statutory witness fees.

DATED: Buffalo, New York, April 20, 2011.

JEREMIAH J. McCARTHY
United States Magistrate Judge