IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-                                              09-CR-96-S

ALEX KOSCHTSCHUK, ET AL.,

        Defendants.

---

## ORDER OF DISMISSAL

In view of, among other things, recent developments impacting the reliability of certain evidence underlying the pending Indictment in the above-referenced action, the United States Attorney for the Western District of New York, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, hereby dismisses the pending Indictment in this action, without prejudice.

    DATED:   Buffalo, New York, December 2, 2011.

                            WILLIAM J. HOCHUL, JR.
                            United States Attorney

            BY: _____
                 JAMES P. KENNEDY, JR.
                 Assistant U.S. Attorney
                 United States Attorney's Office
                 Western District of New York
                 138 Delaware Avenue
                 Buffalo, New York  14202
                 (716) 843-5892
                 JP.Kennedy@usdoj.gov

* * * * *

Leave of Court is granted for the filing of the foregoing dismissal.

DATED: Buffalo, New York, December  2  , 2011.

_____
WILLIAM M. SKRETNY
CHIEF JUDGE
UNITED STATES DISTRICT COURT